UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FRANK P. PELLEGRINO,**

    **Plaintiff,**

v.                                                   Case No: 6:18-cv-1694-Orl-41TBS

**COMENITY LLC,**

    **Defendant.**

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the file. On October 12, 2018, this Court entered a Related Case Order and Notice of Designation (Doc. 3). This Order states that the parties shall conduct a case management conference no later than forty-five days after service or appearance of any defendant and file a case management report within seven days of the meeting regardless of the pendency of any undecided motion. The parties failed to comply.

It is **ORDERED** and **ADJUDGED** that the parties **SHOW CAUSE** by written response on or before March 18, 2019, as to why this case should not be dismissed for a failure to comply. Failure to comply with this Order may result in the imposition of sanctions, including dismissal, without further notice.

**DONE** and **ORDERED** in Orlando, Florida, on March 11, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record