UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FRANK P. PELLEGRINO,**

      **Plaintiff,**

v.                                                **Case No: 6:18-cv-1694-Orl-41TBS**

**COMENITY LLC,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review. On March 11, 2019, this Court ordered the parties to show cause on or before March 18, 2019, as to why this case should not be dismissed for failure to failure to comply with the Related Case Order and Track Two Notice. (Mar. 11, 2019 Order, Doc. 16, at 1). The Order also warned that failure to comply "may result in the imposition of sanctions, including dismissal, without further notice." (*Id.*). The parties failed to respond, and the time to do so has passed. Accordingly, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 19, 2019.



Copies furnished to:

Counsel of Record